| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DENNIS SHERROD, | No. 2:19-cv-01334 GGH P |
| Petitioner, | |
| v. | ORDER |
| E. OREGEL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

Although the petition commences with much background information, it appears that the application challenges a prison disciplinary petitioner received on July 11, 2018 in Corcoran State Prison. Corcoran State Prison is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. The court has not ruled on petitioner's applications to proceed in forma pauperis (ECF Nos. 2, 6) or petitioner's motion for appointment of counsel (ECF No. 3).

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's applications to proceed in forma pauperis (ECF Nos. 2, 6) or petitioner's motion for appointment of counsel (ECF No. 3);

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: August 6, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE